IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 4:13CR3038 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |

**REQUEST TO FILE RESTRICTED DOCUMENTS**

Defendant Michael Nguyen, by and through Assistant Federal Public Defender John C. Vanderslice, pursuant to NECrimR 49.1, hereby requests that he be allowed to file his variance brief, evidentiary index, and exhibits restricted because the information contained in said documents are sensitive.

WHEREFORE, based upon the sensitive nature of the information contained in the above mentioned documents, defendant respectfully requests that this Court order said documents be restricted to case participants only.

Dated this 5th day of May, 2014.

MICHAEL NGUYEN, Defendant

*/s/ John C. Vanderslice*
**JOHN C. VANDERSLICE**
**Assistant Federal Public Defender**
112 Federal Building
100 Centennial Mall North
Lincoln, NE 68508
(402) 221-7820
Attorney for Defendant

## CERTIFICATE OF SERVICE

Assistant Federal Public Defender John C. Vanderslice hereby certifies that the foregoing document was filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to AUSA Steve Russell on this 5th day of May, 2014.

*/s/ John C. Vanderslice*
John C. Vanderslice